AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Oct 7 2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**USA**

vs.

**(1) ADRIAN HERNANDEZ-MUNOZ**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:19-M -08787(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 04, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Adrian HERNANDEZ-Munoz, an alien to the United States and a citizen of Mexico was found approximately 2 miles east of the Ysleta Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Lopez, Carlos A.
Border Patrol Agent

October 7, 2019
File Date

at   EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:19-M -08787(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ADRIAN HERNANDEZ-MUNOZ**

*FACTS   (CONTINUED)*

**DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  Defendant has been previously removed from the United States to Mexico on September 30, 2010 through Nogales, Arizona.  Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.**

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 5 time(s), the last one being to MEXICO on September 30, 2010, through NOGALES, AZ**

CRIMINAL HISTORY:

**09/09/2008, Millington, TN, False Reporting, Reckless Driving, No DL, Using Counterfeit ID(M), DSM, .**
**07/18/2009, Tipton County, TN, DUI(M), ACC, Unknown.**
**08/10/2010, Tucson, AZ, 8 USC 1325(M), CNV, 40 Days Imprisonment.**